IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ALICE PEDROZA, | ) | |
| | ) | |
| Defendant. | ) | |

    I have received a letter from the defendant in which she seeks the appointment of counsel in order that she might seek post-conviction relief. However, the defendant has not filed a motion for post-conviction relief, and her request for appointment of counsel is therefore premature. As a result,

    IT IS ORDERED that:

1. The Clerk of the Court shall file the letter from the defendant and docket the letter as a motion for the appointment of counsel.

2. Treated as a motion for appointment of counsel, the defendant's request is denied without prejudice to the timely filing of a motion for post-conviction relief and appointment of counsel.

3. The Clerk of the Court shall mail to the defendant at her last known address a form for the filing of a 2255 motion and such other related forms as are typically provided by the Clerk to pro se litigants seeking relief from a federal conviction.

March 15, 2006.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge