IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ALICE PEDROZA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Alice Pedroza providing that Pedroza shall take nothing and her motion for relief under 28 U.S.C. § 2255 is denied with prejudice.

April 26, 2006.                              BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge