IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALICE PEDROZA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend (filing 64) is denied.

September 27, 2007.                BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge