IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3170 |
| V. | ) | |
| ALICE PEDROZA, | ) | ORDER |
| Defendant. | ) | |

After a hearing and with the consent of Ms. Pedroza and her counsel,

IT IS ORDERED that the following additional special condition of supervision is now imposed, to wit: Miss Pedroza shall attend and participate in programming at the Goodwill Industries Day Reporting Center to include attendance at group sessions and she must comply and cooperate with the assigned specialists.

DATED this 17th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge