## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ALICE PEDROZA,<br>　　　　　　　　Defendant. | CASE NO: **4:03CR3170**<br><br><br>**DETENTION ORDER** |

A Petition has been filed which alleges Defendant is charged with violated the terms of Defendant's supervised release. Pursuant to pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), the court held a detention hearing. The court concludes the defendant must be detained pending a supervised release revocation hearing.

Based on the evidence presented and information of record, the court finds the defendant has failed to meet the burden of showing, by clear and convincing evidence, that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Specifically, the court finds that the defendant has previously received a petition for violating the conditions of release imposed at sentencing but has continued to violate the conditions; has been afforded the opportunity to participate in rehabilitation programs, but has not complied with the program requirements; has failed to actively participate in programs designed to address Defendant's criminal thinking and unlawful behaviors; is addicted or abuses mood-altering chemicals and is likely to continue such conduct and violate the law if released; has maintained contacts with known drug users; and conditions which restrict Defendant's travel, personal contacts, and possession of drugs, alcohol, and/or firearms; require reporting, education, employment, or treatment; or monitor Defendant's movements or conduct; or any combination of these conditions or others currently proposed or available (see 18 U.S.C. § 3142(c)), will not sufficiently ameliorate the risks posed if the defendant is released.

Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Dated May 6, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge